## No. 938.

### W. J. Q. BAKER VS. RICHARDSON, SHERIFF, ET AL.

An appeal will lie from an order refusing an injunction, but not from an order granting an injunction. In the first case, the injury may be irreparable; in the second, the applicant is protected by the bond, and if he deems the bond insufficient he may object to it in the outset on a motion to dissolve.

A married woman is not the head of a family, and therefore legally has not persons dependent upon her for support. Unless it appears the support of the family actually depends on her for support, because of some extraordinary infirmity of the husband, she is not entitled to the benefit of the Homestead Act.

One, not the owner of the land, cannot have a right of homestead upon it, and he who is the owner of it cannot maintain that right against a creditor who is pursuing him for the payment of the purchase price.

APPEAL from the District Court for Ouachita. PARSONS, J.

*Baker* in *pp.* *Richardson & McEnery* and *Boatner* for Defendants Appellants.

MARR, J., delivered the opinion on the appeal from the order granting the injunction, and SPENCER, J., on the merits.

*Judgment affirmed.*